UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAWEL LIBERA,

                        Plaintiff,                        23-CV-02988 (JPO)(SN)

      -against-                                  <u>**ORDER**</u>

NEW YORK PREPARATORY SCHOOL, INC.,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' notice of settlement, ECF No. 19, the Initial Pretrial Conference scheduled for May 25, 2023, is cancelled.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      May 23, 2023
                 New York, New York